1  MATTHEW D. POWERS (S.B. #212682)
   mpowers@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA  94111-3823
   Telephone:    (415) 984-8700
4  Facsimile:    (415) 984-8701

5  Attorneys for Defendant
   ADVANCED MICRO DEVICES, INC.

6  SAMUEL M. LASSER (S.B. #252754)
   slasser@edelson.com
7  EDELSON PC
   1934 Divisadero Street
8  San Francisco, CA 94115
   Telephone:    (415) 994-9930
9  Facsimile:    (415) 776-8047

10 RAFEY S. BALABANIAN
   rbalabanian@edelson.com
11 ALEXANDER T.H. NGUYEN
   anguyen@edelson.com
12 AMIR C. MISSAGHI
   amissaghi@edelson.com
13 EDELSON PC
   350 North LaSalle Street, Suite 1300
14 Chicago, Illinois 60654
   Telephone:    (312) 589-6370
15 Facsimile:    (312) 589-6378

16 Attorneys for Plaintiff
   TONY DICKEY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY DICKEY, individually and on behalf of all others similarly situated, <br><br>            Plaintiff, <br><br>     v. <br><br> ADVANCED MICRO DEVICES, INC., <br><br>            Defendant. | Case No.  5:15-cv-04922 <br><br> **JOINT STIPULATION UNDER L.R. 6-1(a) EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** <br><br> Complaint Filed:   October 26, 2015 <br> Trial Date:           None set |

1    WHEREAS, Plaintiff Tony Dickey ("Plaintiff") filed his Complaint in the above-entitled
2    action on October 26, 2015;

3    WHEREAS, Plaintiff served the summons and Complaint on Defendant Advanced Micro
4    Devices, Inc. ("Defendant") on October 30, 2015;

5    WHEREAS, Defendant's response is currently due on or before November 20, 2015;

6    WHEREAS, Plaintiff's counsel has agreed to extend the deadline by which Defendant
7    must answer or otherwise respond to the Complaint by thirty (30) days;

8    WHEREAS, under this agreement, Defendant's new deadline to answer or otherwise
9    respond to the Complaint would be December 21, 2015;

10   WHEREAS, this change will not alter the date of any event or any deadline already fixed
11   by Court order;

12   NOW, THEREFORE, pursuant to Rule 6-1(a) of the Local Civil Rules of the United
13   States District Court for the Northern District of California, it is hereby stipulated by and among
14   Plaintiff and Defendant and through their counsel of record that Defendant shall have an
15   additional thirty (30) days, until December 21, 2015, in which to answer or otherwise respond to
16   the Complaint.

17   IT IS SO STIPULATED.

18   //
19   //
20   //

| | | |
|---|---|---|
| 1 | Dated: November 17, 2015 | MATTHEW D. POWERS<br>O'MELVENY & MYERS LLP |

By: /s/ Matthew D. Powers
    Matthew D. Powers

Attorneys for Defendant
ADVANCED MICRO DEVICES, INC.

Dated: November 17, 2015          ALEXANDER T.H. NGUYEN
                                  EDELSON PC

By: /s/ Alexander T.H. Nguyen
    Alexander T.H. Nguyen

Attorneys for Plaintiff
TONY DICKEY

## ATTESTATION OF FILING

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Matthew D. Powers, hereby attest that concurrence in the filing of this Joint Stipulation Under L.R. 6-1(a) Extending Defendant's Time to Respond to Complaint has been obtained from Alexander T.H. Nguyen with conformed signatures above.

Dated: November 17, 2015          By: /s/ Matthew D. Powers
                                       Matthew D. Powers

                                  O'MELVENY & MYERS LLP
                                  Two Embarcadero Center, 28th Floor
                                  San Francisco, CA 94111
                                  Telephone: (415) 984-8700
                                  Facsimile: (415) 984-8701