1  MATTHEW D. POWERS (S.B. #212682)
   mpowers@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA  94111-3823
   Telephone:     (415) 984-8700
4  Facsimile:      (415) 984-8701

5  Attorneys for Defendant
   ADVANCED MICRO DEVICES, INC.

6  SAMUEL M. LASSER (S.B. #252754)
7  slasser@edelson.com
   EDELSON PC
8  1934 Divisadero Street
   San Francisco, CA 94115
9  Telephone:     (415) 994-9930
   Facsimile:      (415) 776-8047

10 RAFEY S. BALABANIAN
11 rbalabanian@edelson.com
   ALEXANDER T.H. NGUYEN
12 anguyen@edelson.com
   AMIR C. MISSAGHI
13 amissaghi@edelson.com
   EDELSON PC
14 350 North LaSalle Street, Suite 1300
   Chicago, Illinois 60654
15 Telephone:     (312) 589-6370
   Facsimile:      (312) 589-6378

16 Attorneys for Plaintiff
   TONY DICKEY

17

                 **UNITED STATES DISTRICT COURT**
18
                **NORTHERN DISTRICT OF CALIFORNIA**
19

20 TONY DICKEY, individually and on          Case No.  5:15-cv-04922
   behalf of all others similarly situated,
21                                            **ORDER GRANTING JOINT**
                                              **STIPULATION SETTING BRIEFING**
22                 Plaintiff,                 **SCHEDULE FOR DEFENDANT'S**
                                              **MOTION TO DISMISS AND TO**
           v.                                 **RESCHEDULE INITIAL CASE**
23                                            **MANAGEMENT CONFERENCE**
   ADVANCED MICRO DEVICES, INC.,
24
                   Defendant.
25                                            Complaint Filed:    October 26, 2015
                                              Trial Date:          None set
26

27

28

                                             ORDER GRANTING
                                             JOINT STIPULATION
                                             CASE NO. 5:15-cv-04922

The Court having considered the Joint Stipulation Setting Briefing Schedule for Defendant's Motion to Dismiss (the "Motion") and to Reschedule Initial Case Management Conference submitted by the parties, and good cause appearing:

1. The Stipulation is approved;

2. Plaintiff's Opposition to the Motion shall be filed on or before January 26, 2016;

3. Apple's Reply to the Motion shall be filed on or before February 12, 2016; and

4. The hearing on the Motion will be held February 26, 2016 at 9:00 a.m.

5. The Initial Case Management Conference is continued to February 26, 2016 at 10:30 a.m. The event deadlines that are based on the date of the Initial Case Management Conference are continued accordingly.

**IT IS SO ORDERED.**

DATED: 12/21/2015

_Ronald M. Whyte_
_____
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
JOINT STIPULATION
CASE NO. 5:15-cv-04922