MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
ADVANCED MICRO DEVICES, INC.

Todd Logan (SBN – 305912)
tlogan@edelson.com
EDELSON PC
329 Bryant Street, Suite 2C
San Francisco, CA 94107
Tel: 415.212.9300
Fax: 415.373.9435

Benjamin S. Thomassen (*pro hac vice*)
bthomassen@edelson.com
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiff
TONY DICKEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY DICKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>Defendant. | Case No. 5:15-cv-04922<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>Hon. Ronald M. Whyte<br><br>[Local Rule 6-2] |

| | |
|---|---|
| 1 | Pursuant to Northern District Local Rule 6-2, Plaintiff Tony Dickey and Defendant |
| 2 | Advanced Micro Devices, Inc., by and through their undersigned counsel, hereby respectfully |
| 3 | stipulate and agree, subject to Court approval, to continue the hearing on Defendant's Motion to |
| 4 | Dismiss and the parties' Initial Case Management Conference (presently scheduled for 9:00 a.m. |
| 5 | and 10:30 a.m. on February 26, 2016) by fourteen days. In support of this Stipulation, the parties |
| 6 | state as follows: |
| 7 | WHEREAS, on December 21, 2015, and pursuant to the parties' stipulated request, the |
| 8 | Court ordered that the hearing on Defendant's Motion to Dismiss be set for February 26, 2016 at |
| 9 | 9:00 a.m. and the parties' Initial Case Management Conference be held on February 26, 2016 at |
| 10 | 10:30 a.m., (dkt. 26); |
| 11 | WHEREAS, counsel for Plaintiff has an out-of-state scheduling conflict on February 26, |
| 12 | 2016 in another matter, which—due to the availability of counsel and other individuals in that |
| 13 | case—cannot be rescheduled; |
| 14 | WHEREAS, on February 11, 2016, counsel for Plaintiff reached out to counsel for |
| 15 | Defendant and requested that the parties' Motion hearing and Conference be continued for |
| 16 | fourteen days—i.e., to March 11, 2016 at 9:00 a.m. and March 11, 2016 at 10:30 a.m., |
| 17 | respectively; |
| 18 | WHEREAS, on February 12, 2016, counsel for Defendant indicated that they had no |
| 19 | objection to the proposed March 11th Motion hearing and Conference dates; |
| 20 | WHEREAS, two other time modifications have been made in this case: first, Defendant's |
| 21 | time to answer or respond to the Complaint was extended from November 20, 2015 to December |
| 22 | 21, 2015, (dkt. 21), and, second, the parties' Initial Case Management Conference was continued |
| 23 | from January 29, 2016 to February 26, 2016, (dkt. 26). |
| 24 | WHEREAS, apart from continuing the February 26, 2016 Motion hearing and Conference |
| 25 | dates, this proposed change will not alter the date of any other event or any deadline already fixed |
| 26 | by Court order; |
| 27 | NOW THEREFORE, the parties hereby STIPULATE and AGREE as follows, subject to |
| 28 | Court approval: |

1. The hearing on Defendant's Motion to Dismiss shall be continued by fourteen days to March 11, 2016 at 9:00 a.m., or to such other date that is convenient for the Court.

2. The parties' Initial Case Management Conference shall be continued by fourteen days to March 11, 2016 at 10:30 a.m., or to such other date that is convenient for the Court.

Dated: February 12, 2016

MATTHEW D. POWERS
O'MELVENY & MYERS LLP

By: /s/ Matthew D. Powers
   Matthew D. Powers

Attorneys for Defendant
ADVANCED MICRO DEVICES, INC.

Dated: February 12, 2016

BENJAMIN S. THOMASSEN
EDELSON PC

By: /s/ Benjamin S. Thomassen
   Benjamin S. Thomassen

Attorneys for Plaintiff
TONY DICKEY

| | |
|---|---|
| 1 | **[PROPOSED ORDER]** |
| 2 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 3 | The hearing on Defendant Advanced Micro Devices, Inc.'s Motion to Dismiss, scheduled |
| 4 | for February 26, 2016, is hereby stricken and reset for 3/11/2016. |
| 5 | The parties' Initial Case Management Conference, scheduled for February 26, 2016, is |
| 6 | hereby stricken and reset for 3/11/2016. |

Dated: 2/16/2016

*/s/ Ronald M. Whyte*

**HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE**

## ATTESTATION OF FILING

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Benjamin S. Thomassen, hereby attest that concurrence in the filing of this Joint Stipulation has been obtained from Matthew D. Powers with conformed signatures above.

Dated: February 12, 2016         By: /s/ Benjamin S. Thomassen
                                                   Benjamin S. Thomassen