1  MATTHEW D. POWERS (S.B. #212682)
   mpowers@omm.com
2  E. CLAY MARQUEZ (S.B. #268424)
   cmarquez@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3823
   Telephone:   (415) 984-8700
5  Facsimile:   (415) 984-8701

6  Attorneys for Defendant
   ADVANCED MICRO DEVICES, INC.

7  RAFEY S. BALABANIAN (*Pro Hac Vice*)
   rbalabanian@edelson.com
8  STEWART R. POLLOCK (S.B. #301356)
   spollock@edelson.com
9  EDELSON PC
   123 Townsend Street, Suite 100
10 San Francisco, CA 94107
   Telephone:   (415) 212-9300
11 Facsimile:   (415) 373-9435

12 BENJAMIN S. THOMASSEN (*Pro Hac Vice*)
   bthomassen@edelson.com
13 AMIR C. MISSAGHI (*Pro Hac Vice*)
   amissaghi@edelson.com
14 EDELSON PC
   350 North LaSalle Street, 13th Floor
15 Chicago, Illinois 60654
   Telephone:   (312) 589-6370
16 Facsimile:   (312) 589-6378

17 Attorneys for Plaintiff
   TONY DICKEY and PAUL PARMER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TONY DICKEY and PAUL PARMER, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>          Defendant. | Case No.  5:15-cv-04922<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT, SET BRIEFING SCHEDULE ON MOTION TO DISMISS AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>First Amnd. Compl. Filed:   May 5, 2016<br>Trial Date:   None set |

1  The Court having considered the Joint Stipulation to Extend Time for Plaintiffs to File Second Amended Complaint, Set Briefing Schedule on Motion to Dismiss and Continue Case Management Conference submitted by the parties pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, hereby GRANTS the parties' request and orders as follows:

(1) Plaintiffs shall have until November 21, 2016 to file their Second Amended Complaint;

(2) AMD shall have until December 15, 2016 to file its Motion to Dismiss Plaintiffs' Second Amended Complaint, to be noticed for hearing on February 2, 2017 at 2:00 p.m.;

(3) Plaintiffs shall have until January 5, 2017 to file any opposition to the Motion;

(4) AMD shall have until January 16, 2017 to file any reply in support of the Motion; and

(5) the December 27, 2016 Case Management Conference shall be rescheduled to the same date and time as the hearing on AMD's anticipated Motion (February 2, 2017 at 2:00 p.m.).

**IT IS SO ORDERED.**

DATED: November 14, 2016

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING JOINT STIPULATION
CASE NO. 5:15-cv-04922