MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
ADVANCED MICRO DEVICES, INC.

Stewart R. Pollock (SBN – 301356)
spollock@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Attorneys for Plaintiffs
TONY DICKEY and PAUL PARMER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY DICKEY, and PAUL PARMER, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation,<br><br>*Defendant.* | Case No. 3:15-cv-04922-HSG<br><br>**JOINT STIPULATION AND ORDER CONTINUING MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>[Local Rule 6-2] |

| 1 | Pursuant to Northern District Local Rule 6-2, Plaintiffs Tony Dickey and Paul Parmer and
| 2 | Defendant Advanced Micro Devices, Inc., by and through their undersigned counsel, hereby
| 3 | respectfully stipulate and agree, subject to Court approval, to continue the hearing on Defendant's
| 4 | Motion to Dismiss and the parties' Case Management Conference (presently scheduled for 2:00
| 5 | p.m. on February 23, 2017) by fourteen days. In support of this Stipulation, the parties state as
| 6 | follows:

WHEREAS, on January 31, 2017, the Court continued the hearing on Defendant's motion to dismiss and the parties' Case Management Conference until February 23, 2017 at 2:00 p.m., (dkt. 86);

WHEREAS, counsel for Plaintiffs have a final fairness hearing in another matter on February 23, 2017 in Chicago, Illinois that cannot be rescheduled;

WHEREAS, on February 2, 2017, counsel for Plaintiffs reached out to counsel for Defendant and requested that the parties' motion hearing and Case Management Conference be continued for fourteen days, subject to the Court's approval, to March 9, 2017 at 2:00 p.m.;

WHEREAS, on February 4, 2017, counsel for Defendant indicated that they had no objection to the proposed March 9th Motion and Conference hearing dates;

WHEREAS, apart from continuing the February 23, 2017 motion hearing and Case Management Conference dates, this proposed change will not alter the date of any other event or any deadline already fixed by Court order;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows, subject to Court approval:

1. The hearing on Defendant's Motion to Dismiss shall be continued by fourteen days to March 9, 2017 at 2:00 p.m., or to such other date that is convenient for the Court.

2. The parties' Initial Case Management Conference shall be continued by fourteen days to March 9, 2017 at 2:00 p.m., or to such other date that is convenient for the Court.

| | | |
|---|---|---|
| 1 | Dated: February 8, 2017 | MATTHEW D. POWERS<br>O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: /s/ Matthew D. Powers<br>      Matthew D. Powers |
| 4 | | Attorneys for Defendant<br>ADVANCED MICRO DEVICES, INC. |
| 5 | | |
| 6 | Dated: February 8, 2017 | RAFEY S. BALABANIAN<br>EDELSON PC |
| 7 | | By: /s/ Rafey S. Balabanian |
| 8 | | |
| 9 | | Attorneys for Plaintiffs<br>TONY DICKEY and PAUL PARMER |

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing on Defendant Advanced Micro Devices, Inc.'s Motion to Dismiss, scheduled for February 23, 2017, is hereby stricken and reset for Friday, March 17, 2017 at 2:00 p.m.

The parties' Initial Case Management Conference, scheduled for February 23, 2017, is hereby stricken and reset for March 17, 2017 at 2:00 p.m.

Dated: February 8, 2017

**HON. HAYWOOD S GILLIAM, JR.**
**UNITED STATES DISTRICT JUDGE**