1  MATTHEW D. POWERS (S.B. #212682)
   mpowers@omm.com
2  E. CLAY MARQUEZ (S.B. #268424)
   cmarquez@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3823
   Telephone:	(415) 984-8700
5  Facsimile:	(415) 984-8701

6  Attorneys for Defendant
   ADVANCED MICRO DEVICES, INC.

7  Benjamin S. Thomassen (*pro hac vice*)
   bthomassen@edelson.com
8  EDELSON PC
   350 North LaSalle Street, 13th Floor
9  Chicago, Illinois 60654
   Tel: 312.589.6370
10 Fax: 312.589.6378

11 Stewart R. Pollock (SBN – 301356)
   spollock@edelson.com
12 Rafey S. Balabanian (*pro hac vice*)
   rbalabanian@edelson.com
13 EDELSON PC
   123 Townsend Street
14 San Francisco, California 94107
   Tel: 415.212.9300
15 Fax: 415.373.9435

16 Attorneys for Plaintiffs
   TONY DICKEY and PAUL PARMER

17

                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19

20 | TONY DICKEY, and PAUL PARMER, individually and on behalf of all others similarly situated, | Case No.  4:15-cv-04922-HSG |
   | --- | --- |
   |  | **JOINT STIPULATION AND [PROPOSED] ORDER ADVANCING MOTION TO STRIKE HEARING** |
   | Plaintiffs, |  |
   | v. | Hon. Haywood S. Gilliam, Jr. |
   | ADVANCED MICRO DEVICES, INC., a Delaware corporation, | [Local Rule 6-2] |
   | Defendant. |  |

Pursuant to Northern District Local Rule 6-2, Plaintiffs Tony Dickey and Paul Parmer and Defendant Advanced Micro Devices, Inc., by and through their undersigned counsel, hereby respectfully stipulate and agree, subject to Court approval, to advance the hearing on Plaintiff's Motion to Strike (presently scheduled for 2:00 p.m. on April 6, 2017) to proceed at the same time as the hearing on Defendant's Motion to Dismiss (presently scheduled for 2:00pm on March 17, 2017). In support of this Stipulation, the parties state as follows:

WHEREAS, on February 8, 2017, the Court continued the hearing on Defendant's Motion to Dismiss and the Parties' Case Management Conference until March 17, 2017 at 2:00 p.m., (dkt. 88);

WHEREAS, the hearing on Plaintiff's Motion to Strike is presently set for April 6, 2017 at 2:00pm., (dkt. 85);

WHEREAS, the Parties agree that because portions of Defendant's Reply in support of its Motion to Dismiss are the subject of Plaintiffs' Motion to Strike, advancing the hearing on the Motion to Strike (and holding the hearings concurrently) would conserve judicial resources and avoid the need for separate hearings;

WHEREAS, apart from advancing the April 6, 2017 motion hearing date, this proposed change will not alter the date of any other event or any deadline already fixed by Court order;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows, subject to Court approval:

The hearing on Plaintiff's Motion to Strike shall be advanced to March 17, 2017 at 2:00 p.m., or to such other date that is convenient for the Court.

| | | |
|---|---|---|
| 1 | Dated: March 3, 2017 | E. CLAY MARQUEZ<br>O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: /s/ E. Clay Marquez<br>    E. Clay Marquez |
| 4 | | Attorneys for Defendant<br>ADVANCED MICRO DEVICES, INC. |
| 5 | | |
| 6 | Dated: March 3, 2017 | BENJAMIN S. THOMASSEN<br>EDELSON PC |
| 7 | | |
| 8 | | By: /s/ Benjamin S. Thomassen<br>    Benjamin S. Thomassen |
| 9 | | Attorneys for Plaintiffs<br>TONY DICKEY and PAUL PARMER |

# [~~PROPOSED~~ ORDER]

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing on Plaintiff Tony Dickey and Paul Parmer's Motion to Strike, scheduled for April 6, 2017, is hereby reset for March 17, 2017 at 2:00 pm.

Dated: 3/6/2017

_____
**HON. HAYWOOD S GILLIAM, JR.
UNITED STATES DISTRICT JUDGE**