MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
E. CLAY MARQUEZ (S.B. #268424)
cmarquez@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
ADVANCED MICRO DEVICES, INC.

RAFEY S. BALABANIAN (*Pro Hac Vice*)
rbalabanian@edelson.com
STEWART R. POLLOCK (S.B. #301356)
spollock@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, CA 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

BENJAMIN S. THOMASSEN (*Pro Hac Vice*)
bthomassen@edelson.com
AMIR C. MISSAGHI (*Pro Hac Vice*)
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

Attorneys for Plaintiff
TONY DICKEY and PAUL PARMER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TONY DICKEY and PAUL PARMER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>Defendant. | Case No. 4:15-cv-04922<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Second Amnd. Compl. Filed: Nov. 21, 2016<br>Trial Date: None set |

The Court having considered the Joint Stipulation to Extend Time for Defendant to Respond to Plaintiffs' Second Amended Complaint submitted by the parties pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, hereby GRANTS the parties' request and orders as follows:

AMD shall have until July 19, 2017 to file its Response to Plaintiffs' Second Amended Complaint.

**IT IS SO ORDERED.**

DATED: June 26, 2017

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE