# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY DICKEY, and PAUL PARMER, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation,<br><br>   *Defendant*. | Case No. 4:15-cv-04922-HSG<br><br>[~~PROPOSED~~] SCHEDULING ORDER |

Having reviewed the parties' stipulation and proposed case schedule, the Court SETs the following case deadlines under Federal Rule of Civil Procedure 16 and Civil Local Rule 16 -10:

| EVENT | SCHEDULE |
|---|---|
| *Last day to file motions to join parties or amend pleadings* | October 31, 2017 |
| *Last day for Plaintiffs to serve expert disclosures and reports relating to class certification* | November 29, 2017 |
| *Last day for Defendant to depose Plaintiffs' experts related to class certification* | January 10, 2018 |
| *Last day for Defendant to serve disclosures of rebuttal expert witnesses and reports relating to class certification* | January26, 2018 |
| *Last day for Plaintiffs to depose rebuttal experts related to class certification* | February 23, 2018 |
| *Class certification discovery cutoff* | March 1, 2018 |
| *Last day for Plaintiffs to file motion for class certification* | March 27, 2018 |
| *Last day for Defendant to file opposition to class certification* | April 10, 2018 |
| *Last day for Plaintiffs to file reply in support of motion for class certification* | April 17, 2018 |
| *Hearing on motion for class certification* | May 3, 2018 at 2 p.m. |

**IT IS SO ORDERED.**

Dated: _8/11/2017_

_Haywood S. Gill Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND [~~PROPOSED~~]
SCHEDULING ORDER
Case No. 4:15-cv-04922-HSG