# Exhibit 2

```
 1              UNITED STATES DISTRICT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  OAKLAND DIVISION
 4
 5   TONY DICKEY and PAUL PARMER,
     individually and on behalf of all
 6   others similarly situated,
 7            Plaintiffs,          Case No.
                                   4-15-CV-04922 HSG
 8   vs.
 9   ADVANCED MICRO DEVICES, INC.,
     a Delaware corporation;
10
              Defendant.
11   _____
12
13
14
15       VIDEOTAPED DEPOSITION OF TONY M. DICKEY
16                  January 8, 2018
17                    10:00 a.m.
18
19
20        400 South Hope Street, 18th Floor
                Los Angeles, California
21
22
23
24        Diana Janniere, CSR-10034
25
```



1  charge.  And so that would be back in -- I started
2  college in 1974.
3       Q    When did you start using computers in your
4  photography and videography business?
5       A    I don't know the exact date when I got my
6  first computer.  I cannot give you a date on that.
7       Q    Can you give me an approximate decade when
8  you got your first computer?
9       A    I cannot -- I cannot even guess at the exact
10 date of when I got my first computer.  It's been years
11 ago.
12      Q    Okay.  Over the years that you have used
13 computers, have you predominantly bought already
14 assembled computers?
15      A    The majority of the time, no.
16      Q    The majority time you assembled your own
17 computer?
18      A    Yes.
19      Q    Okay.  And when -- how did you gain the
20 expertise to assemble your own computer?
21      A    Through basic -- my father was into
22 electronics.  As a child, I watched him work on
23 television sets.  My home church, Glen Iris Baptist
24 Church in Birmingham, we have a television station, a
25 Christian broadcasting network, which working and



```
 1   learning wiring and so forth through just on-hands
 2   learning.
 3        Q    Approximately when did you build your first
 4   computer?
 5        A    Exact date, I would not know when I built
 6   the first one.
 7        Q    Has it been over 10 years since you built
 8   your first computer?
 9        A    Yes.
10        Q    Has it been over 20 years since you built
11   your first computer?
12        A    That, I do not know.  It has been over 20.
13        Q    For the computers you have built, what do
14   you mainly use them for?
15        A    I use most of them.  The three aspects I use
16   them for is for photography, videography and for basic
17   bookkeeping business -- business purposes.
18        Q    Do you also use all of your computers for
19   E-mail and Internet searching and things like that, as
20   well?
21        A    Yes, I have used computers for the Internet,
22   yes.
23        Q    Do you also make purchases online, buy --
24   buy objects or products through commercial websites?
25        A    Yes, I do.
```



```
 1   AMD FX-9590 processors, what were the selection
 2   criteria you apply when you made that acquisition?
 3        A    I was basically -- we were getting into the
 4   video industry heavily, as well as the progress
 5   photography was making in the digital realm, so we
 6   were looking to built a higher end editing system that
 7   could handle the new digital mandates for photography
 8   and videography, which you would need faster
 9   processors; more higher speed RAM; more high end video
10   cards; and that was my -- my criteria to basically get
11   an updated system that could handle these in a much
12   more faster and capable manner.
13        Q    And what did you do to determine that the
14   AMD 9590 processor was the right processor for the
15   types of workloads you were considering at the time?
16        A    I had been a client of AMD for many years.
17   I bought many AMD products in the past.  Went to --
18             Simply, my criteria was looking at the price
19   point and what they considered their flagship
20   processor.  Which common sense to me, if they are
21   considering it a flagship processor, that would be the
22   top processor they would develop and market at that
23   time for the general public.
24        Q    And you didn't, at that time, look at any of
25   the benchmark tests in 2015 for the AMD FX-9590
```



```
 1  processor?
 2       A    No, sir.  Other than what was placed on the
 3  retail and the manufacturer's site, that is all I saw.
 4       Q    As a computer enthusiast, you would expect
 5  that there were a lot of benchmarks in 2015 for the
 6  AMD processor; wouldn't you?
 7            MR. BALABANIAN:  Objection.  Form.
 8            You can answer, if you know.
 9            THE WITNESS:  I have -- I have never looked
10  at any type of test aspects of it or comparable.  I
11  have never gone to anything like YouTube or whatever
12  or any testing laboratory research.  I have never
13  looked at any of that.
14  BY MR. YAGURA:
15       Q    How important was price in your purchase of
16  the AMD 9590 processors?
17       A    My criteria for building that system was not
18  a price point.  It was a production point.  I needed
19  something that would produce faster and keep up with
20  the digital -- if -- revolution of the digital age.
21  That was what my main concern was.  I was not really
22  looking at a lot of price points.
23            Of course, I was not looking at an extremely
24  high end price point, but I was wanting the best on
25  the market to the retail community.
```



```
 1         Q    Did you also consider the Intel processors
 2    in a box or PIB products at that time?
 3         A    I had not really looked at a lot of Intel at
 4    that point because I had -- prior to that, I had
 5    purchased several other AMD processors over the years
 6    and I -- as I looked at the AMD and what they had
 7    stated, that it was a newer processor; and I think
 8    that that was a newer processor that -- that was out
 9    at that time versus any other company.
10              Therefore, the technology common sense to me
11    would be, they have got the top dog at this time.
12    That's the one I want.
13         Q    Have you ever purchased an Intel processor
14    before?
15         A    No, I have not.  Other than in a store
16    computer or a laptop system that it was a pre --
17    premanufactured system, I have purchased those as a
18    whole computer system, but not as a processor in
19    itself.
20         Q    So all the processor in box products that
21    you bought to assemble computers, those were all AMD
22    products?
23         A    They were all AMD compatible systems.  The
24    motherboard, of course, had to be AMD compatible, as
25    well as the processor was AMD.
```



1        A    It was one of the factors, yes, sir.
2        Q    And what were the other factors?
3        A    One of the factor that it was the latest
4   processor being advertised.  It was just the latest
5   and greatest out there by the industry through what I
6   saw at the Newegg site and at the AMD site; and that
7   was part of the decision-making.
8        Q    What about the speed or frequency of the
9   processor, was that a relevant consideration for you?
10       A    The amount of processors that they
11  advertised would be relevant, yes, sir.
12       Q    I'm sorry, could you repeat that?
13       A    The amount of processors that -- the type of
14  processor, such as if it was a single or a dual or
15  quad or core, yeah, that would be part of my
16  decision-making.  Yes.
17       Q    Right.  And I am ask -- sorry, the question
18  I was asking you is:  Whether the frequency or the
19  speed of the processor; in other words, 5 gigahertz,
20  4 gigahertz, 3 gigahertz, was that an important
21  consideration in your purchase of a processor?
22       A    It was -- it was an importance to process
23  all of the components that went into that computer.  I
24  wanted to make a very high speed system.
25       Q    Okay.  So, in other words, the clocking



```
 1   there, as well as checking the AMD site, if they have
 2   anything to state, basically, what will and will not
 3   work with that processor.
 4        Q    When you are purchasing the AMD 9590
 5   processors, did you look at the specifications page on
 6   the Newegg website in the spring of 2015?
 7        A    Yes, sir.  It would be -- I compared the two
 8   specifications.  The two -- the two sites, Newegg and
 9   AMD.  I checked the -- make sure each was saying the
10   same thing.  There was no errors on the Newegg site
11   and make sure they were both stating the same type of
12   facts.
13        Q    On the Newegg site, you looked at the
14   specifications for the AMD FX-9590 processors; right?
15        A    I looked at the -- I think there is like --
16   when you pull it up, there is a summary sheet.  I
17   looked at the summary.  And, basically, there was some
18   small specifications, parts of it there, as well as
19   reviews or comments on that site.
20        Q    Right.  There is several tabs --
21        A    There is several tabs that I pulled down to
22   glance at.
23        Q    Okay.  And you glanced at all four tabs that
24   were on the Newegg site for the AMD 95 -- FX-9590
25   processors in the spring of 2015 when you made the
```



```
 1         Q    Okay.  And when did you detect -- and -- and
 2    how did the first AMD FX-9590 system perform when you
 3    finished building that?
 4         A    The first system?
 5         Q    The first system.
 6         A    Okay.  Under bookkeeping and all, everything
 7    seemed to go fine.  It did not have the speed I
 8    thought it would have for the video and editing aspect
 9    and the photography aspect.  It was -- it seemed to be
10    slower than what I had anticipated.
11         Q    And -- and how did you -- how did you -- how
12    did you form your expectation as to how fast the AMD
13    FX-9590 system would work?
14         A    Based on the previous computers that I have
15    had, just the time it takes to render the video
16    aspects of putting the production together.
17              There are several phases you have to do, as
18    far as inserting the video clips, soundtracks,
19    titling; just it didn't seem to be that much faster
20    than the previous system.
21         Q    So the AMD 95 -- FX-9590 system was faster
22    than your older computer; it just wasn't as fast -- it
23    wasn't fast -- a lot more faster as you had expected?
24         A    It was -- it was -- it was disappointing.
25    After putting out everything I thought would be the
```



1    A    I don't know the exact industry standard
2    definition.  I do know, based on what I have common
3    sense come to my own definition aspect, that it is a
4    single unit that runs a system by itself, one single,
5    independent unit.
6    Q    So 8-core would, in your definition, be able
7    to run eight process -- eight different tasks at a
8    time?
9    A    It would be -- if you had eight cores, it
10   would be eight separate -- my understanding would be
11   eight separate independent cores.
12   Q    Yes.  And do you understand that eight cores
13   would process eight separate tasks in any given time?
14   A    To my understanding, each core would process
15   on its own.  It's a standalone system processor.
16   Q    I am asking you about the workload, the
17   tasks, so --
18   A    Oh, the tasks.
19   Q    -- in -- in your understanding of a core, do
20   eight cores process eight different tasks at a given
21   time?
22   A    I -- I am kind of confused on your question
23   a little bit.
24   Q    Why?
25   A    When you say "processing," my answer to what



```
 1   I think, one core stands on its own.  So common sense
 2   to me would be if you had eight, that means those
 3   eight cores would work independently and give you a
 4   faster workload.
 5        Q    Right.  And so each core, in your definition
 6   of core, each core will process a task; correct?
 7        A    Yes.
 8        Q    Okay.  So if you have eight cores, eight
 9   cores are processing eight separate tasks; correct?
10        A    It should be each core would work on
11   whatever the computer deemed it to work on.
12        Q    Well, that is not my question.
13             My question is:  If you had 8 -- an 8-core
14   processor under your understanding of the core, eight
15   cores are processing eight separate tasks; correct?
16        A    As far as I know, they could process eight
17   separate tasks.
18        Q    Okay.  And each task is, essentially, a
19   computer instruction; correct?
20        A    Correct.
21        Q    All right.  And you don't have an
22   expectation as to whether that computer instruction is
23   any -- is a floating point instruction or an
24   arithmetic logic instruction?  You don't have that
25   level of understanding?
```



```
 1                    (Discussion held off the record.)
 2                    (Record read.)
 3                    THE VIDEOGRAPHER:  On the record.  The time
 4      is 4:25 p.m.
 5                    THE WITNESS:  In re --
 6                    MR. BALABANIAN:  Not -- notwithstanding my
 7      objection.
 8                    You can answer the question.
 9                    THE WITNESS:  Okay.  And the response to the
10      question, the reason is simply I felt me, as an
11      individual, and the public was misled on the
12      advertise -- by the advertising of the product.
13                    And I am one individual who has, over the
14      years, had to deal with victims and people who have
15      been victimized; and I wanted to step up and simply
16      state, enough is enough.  I feel it was
17      misrepresented.  The product was misrepresented and it
18      needs to answer for it.
19      BY MR. YAGURA:
20           Q    And the -- the statement -- the
21      misrepresented statement, in your view, is just
22      "8-core" in all of the advertising literature we have
23      seen today; right?
24           A    Yes, sir.  My perception, as stated before,
25      that it was not a true independent 8-core system
```



```
 1   functioning with each core independently, and
 2   that's -- that is -- I have stated previously.
 3        Q    Now, have you done anything with your AMD
 4   9590 computers to determine which component is
 5   actually responsible for the slowness?
 6             Have you done any sort of technical
 7   evaluation yourself?
 8        A    No, sir, I have not done any tech -- I -- I
 9   am not into the technical aspects of that aspect.  I
10   don't get into the technical end because I am not
11   familiar with what I would actually have to do.
12        Q    Right.  So you don't know, as you sit here
13   today, whether it's the CPU, the GPUs, or any of the
14   other components; or all the components combined that
15   are contributing to slowness of your two new computer
16   systems; is that fair?
17        A    I -- I believe myself that the slowness is
18   simply because it is not what I deemed it was by the
19   advertising, an 8-core system, which dealing with
20   computers in the past, knowing that a single, 1-core
21   processor, if you put eight on top, it is -- good old
22   common sense tells me it is going to be eight times
23   faster.
24        Q    Than -- than -- than a 1-core?
25        A    Than a single -- than a 1-core.
```

