# Exhibit 3

```
 1              UNITED STATES DISTRICT COURT

 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                    OAKLAND DIVISION

 4   -------------------------------x

 5   TONY DICKEY and PAUL PARMER,
     individually and on behalf
 6   of all others similarly
     situated,
 7                  Plaintiffs,

 8          vs.              No. 4:15-cv-04922-HSG

 9   ADVANCED MICRO DEVICES, INC.,
     a Delaware corporation,
10
11                  Defendant.

12   -------------------------------x

13

14        VIDEOTAPED DEPOSITION OF PAUL PARMER

15

16   DATE:         Tuesday, January 16, 2018

17   TIME:         9:07 a.m.

18   LOCATION:     O'Melveny & Myers LLP
                   Two Embarcadero Center
19                 San Francisco, California 94111

20

21

22

23   Reported By: Lynne Ledanois, CSR 6811

24   Job No. J0954614

25
```



1  documents online after you became involved with
2  this lawsuit regarding the AMD chips?
3      A    Other than finding out that it was
4  four cores and eight processors and mine was
5  really slow.
6      Q    That was it?
7      A    Yes.
8      Q    Okay.  And the computer you installed
9  the Hardware Monitor software on, was that the
10 computer that had the AMD FX-8350 chip in it?
11     A    Started with the 8150, the one that I
12 originally ordered.
13     Q    That was the HP computer?
14     A    Yes.
15     Q    Okay.  And did you also run that same
16 program on the computer that you assembled with
17 the FX-8350?
18     A    Yes.
19     Q    Did you also run that program on a
20 computer with the FX-6350?
21     A    Yes.
22     Q    Did you run it on any other computers?
23     A    No.
24     Q    Do you still have the computer -- the
25 HP computer with the FX-8150 in it?



1  altercation between you and your brother; is
2  that correct?
3       A    Yes.
4       Q    All right.  Then you took the parts
5  from the H- -- some of the parts that still
6  worked from the HP computer and you built a new
7  computer that had the FX-8350 in it?
8       A    Yes.
9       Q    Okay.  In what time frame did you do
10 that?
11      A    I did that, let's see, in a matter of
12 six months of last year.
13      Q    So sometime during the summer of 2017,
14 you built the computer with the FX-8350?
15      A    Yes, new tower, new board, all the
16 other parts in it, new hard drive, and I even
17 put a SSD drive in there.
18      Q    When did -- did you ever get the
19 computer with the FX-8350 to work?
20      A    Yes.  It was running up until about
21 October when I was watching a movie 6:00 in the
22 morning and scanning my computer at the same
23 time while I was watching a movie, and then it
24 just shut down.
25      Q    The computer with the FX-8350, you



```
 1   and they allowed me to watch them do it so I
 2   could see, and after that I just started
 3   building on my own.
 4        Q     When did you go -- what time frame was
 5   it that you were watching people build computers
 6   at a computer repair shop?
 7        A     That was -- I don't remember.  When I
 8   was 17.  Right around 1990, '91.
 9        Q     And is that the only experience you've
10   ever had learning how to build a computer is
11   from watching people at a computer repair shop?
12        A     Yes, to see how it was done, and then
13   experiment by myself.
14        Q     And then after you saw people building
15   a computer at a computer repair shop in 1990,
16   1991, you started building some of your own
17   computers?
18        A     Yes.
19        Q     And how many computers did you build
20   after that time in 1990, 1991?
21        A     Numerous.  After I got tired of that
22   Slot A Pentium, which never worked after I took
23   it out to dust it, I went to AMD, which I never
24   had a problem with --
25        Q     Okay.
```



1  running right like it's supposed to.
2          The one I could never figure out is
3  the memory chips on there.  It was supposed to
4  be PC 12800, but it would tell me it's 600
5  megahertz.  It's supposed to be higher.  But
6  that wasn't the problem.
7      Q    Was there any other software you
8  installed other than the Windows operating
9  system, PowerDVD 13 Ultra, EverQuest, and the
10 hardware monitoring software?
11     A    Core Temp was another third-party
12 program like Hardware Monitor.  CPUID.
13     Q    The software was called Core Temp?
14     A    Yes, it -- temperature of the CPU.  I
15 keep an eye on it to see why my fans are
16 spinning up, and it was always hitting a high
17 temperature.
18     Q    Did you install all of these programs
19 at the time you first purchased the HP with the
20 FX-8150 in 2012?
21     A    No, just PowerDVD Ultra.  It lets you
22 watch 4K resolution movies, Blu-Ray, and all
23 that stuff.
24     Q    So in December of 2012, you
25 installed -- you had installed Windows 7 64,



1  information from the Internet?
2        MR. LOGAN:  Objection, form.  You can
3     answer.
4  BY MR. YAGURA:
5     Q    I'm talking about all computers that
6  you've owned.
7        THE WITNESS:  Well, the Durons didn't.
8     The Athlon XP -- the Duron came out before
9     the Athlon XP.  Those ones were fun.  They
10    were very over-clockable friendly, but I
11    never did.
12 BY MR. YAGURA:
13    Q    So my question is:  Just over time, is
14 it true that computers, when you use them, they
15 start to slow down?
16    A    Yeah, but this one was faster than
17 when I had the Duron and the Athlon XP.
18    Q    Okay.  So the HP with the FX-8150 was
19 much faster than your older AMD computers; is
20 that fair?
21       MR. LOGAN:  Objection, form.
22       THE WITNESS:  No.  It slowed down
23    faster than the other computers that I
24    built.
25 BY MR. YAGURA:



1    the Internet again, it would start to slow down?
2         A    Yes.
3         Q    Okay.  Now, in 2017, you purchased the
4    FX-8350 chip?
5              MR. LOGAN:  Objection, form.
6              THE WITNESS:  The what?
7    BY MR. YAGURA:
8         Q    In February of 2015, did you purchase
9    the FX-8350 chip?
10        A    Yes.
11        Q    Okay.  And why did you decide to buy
12   the FX-8350?
13        A    Because I thought it would speed up my
14   computer.  It was the max that the board could
15   handle.
16        Q    Now, you didn't actually put the
17   FX-8350 into a computer until January of 2017?
18             MR. LOGAN:  Objection, form.
19             THE WITNESS:  No.
20   BY MR. YAGURA:
21        Q    When did you first build a computer
22   with the FX-8350?
23        A    That's the one I put in the tower, the
24   Hewlett-Packard tower.  I upgraded from the 8150
25   to the 8350 in that one.



```
 1        Q    Okay.  And when did you -- did you
 2   change out the FX-8150 for the FX-8350 in 2015?
 3        A    Yes, the day I got the 8350 in the
 4   mail.
 5        Q    And so why did you pick the FX-8350?
 6        A    Because it was the max the board could
 7   handle and it was supposedly eight cores.  And
 8   after I put that in, it just did the same thing
 9   the 8150 did.
10        Q    What was your expectation in terms of
11   processing power speed when you purchased the
12   FX-8350?
13        A    Faster boot-up times.
14        Q    Okay.  Now, when you swapped out the
15   FX-8350 for the FX-8150, did you change any
16   other equipment in your HP computer?
17             MR. LOGAN:  Objection, form.  You can
18        answer.
19             THE WITNESS:  No.  I swapped out from
20        the 8150 to the 8350, and the only thing
21        that has changed was I added more memory
22        sticks.
23   BY MR. YAGURA:
24        Q    Okay.  But other than that, you left
25   the hard drive, all the software, everything was
```



1    processor are not really eight cores; is that
2    right?
3         A    Yes.
4         Q    And how did you come to learn that
5    information?
6              MR. LOGAN:  Objection, form.
7              THE WITNESS:  One of those -- I think
8         it was Hardware Monitor -- said it was
9         four cores, eight logical processors.  And
10        eight logical processors sharing a core,
11        that's not a core because the original
12        Durons were a single core.
13   BY MR. YAGURA:
14        Q    All right.  So you learned that the
15   eight-core AMD processors were four-core
16   processors from the program Hardware Monitor?
17        A    Yes.
18        Q    Okay.  When did --
19        A    And Maximum PC and other online
20   documentation.
21        Q    When did you learn that information?
22        A    After I had rebuilt the computer in
23   the new tower.
24        Q    So sometime between January and June
25   of 2017, you learned that the eight cores were



1  the 6000.
2       Q    Now, that will still have the same AMD
3  Bulldozer Piledriver core in it?
4            MR. LOGAN:  Objection, form.
5            THE WITNESS:  I believe the 6000
6       series does, but the four cores, it's actual
7       four cores.
8  BY MR. YAGURA:
9       Q    Meaning it has a different processor
10 in the AMD FX-4000 series, it has a different
11 design processor?
12           MR. LOGAN:  Objection, form.
13           THE WITNESS:  Yes.
14 BY MR. YAGURA:
15      Q    What processor does it have?
16      A    It's a AM3 socket.  It's actual four
17 cores, one processor, one bandwidth end result.
18      Q    What is your understanding of what a
19 core is?
20      A    Like I said, processor, bandwidth, it
21 pops -- pipes the information through, and then
22 you get the end result.
23      Q    Okay.  And so an eight-core processor
24 can compute eight different things at a time?
25      A    Yes.



1     Q     Is that your general understanding of
2  how an eight-core processor works?
3     A     Yes.
4     Q     Do you -- where did you get that
5  understanding of an eight-core processor?
6     A     Well, like I said, I grew up with the
7  Durons and the Athlon XP, and those were actual
8  single cores.
9     Q     AMD single cores?
10    A     Yes.  And that's got the processing
11 part, you've got the pipeline that pumps the
12 information through, and then you've got the end
13 result.  So that's one core.  So an eight-core
14 must be eight pipelines, in other words.
15    Q     Eight pipelines?
16    A     Yes.
17    Q     Okay.
18    A     But it wasn't eight pipelines, it's
19 four.
20    Q     And you know that because you read
21 that online?
22          MR. LOGAN:  Objection, form.
23          THE WITNESS:  Finding out that the --
24     that it was eight logical processors with
25     four cores, it's kind of like having two



```
 1        toddlers playing with the same toy.  It
 2        doesn't work.
 3   BY MR. YAGURA:
 4        Q     Do you have any experience with
 5   microprocessor architecture?
 6        A     No.
 7        Q     Do you know what a floating point unit
 8   is?
 9        A     No.
10        Q     Do you know what an arithmetic logic
11   unit is?
12        A     No.
13        Q     Do you know what -- what purpose L1,
14   L2 and L3 cache serve in a microprocessor?
15        A     It's kind of like your memory, onboard
16   memory, memory sticks.  It gives it more ceiling
17   to work with.
18        Q     So more memory is better; is that
19   true?
20        A     Yes.
21        Q     All right.  So when you were
22   purchasing your AMD FX-8150 and 8350 processors,
23   did you care how many floating point units they
24   had?  Was that a consideration for you?
25        A     No.
```



1   processors; true?
2           MR. LOGAN:  Objection, form.
3           THE WITNESS:  True.
4   BY MR. YAGURA:
5       Q   And was price one of the main
6   considerations in your selection of the FX-8000
7   series processors compared to any other
8   processors on the market?
9           MR. LOGAN:  Objection, form.
10          THE WITNESS:  Yes.
11  BY MR. YAGURA:
12      Q   Because of the slowness in -- your
13  alleged slowness in your AMD computers, do you
14  believe you've lost any wages?
15          MR. LOGAN:  Objection, form.  You can
16      answer.
17          THE WITNESS:  No.  I didn't rely on my
18      computer for work, so.
19  BY MR. YAGURA:
20      Q   Had you known at the time you
21  purchased your AMD processors that they were not
22  eight-core, as you allege, how much would you
23  have -- how much less would you have paid for
24  them?
25          MR. LOGAN:  Objection, form.  You can



```
 1         answer.
 2               THE WITNESS:  If I would have realized
 3         it was a four-core instead, same price as
 4         the FX-4000 series.
 5   BY MR. YAGURA:
 6         Q    Okay.  So in other words, you would
 7   have paid the same price as a comparable FX-4000
 8   series four-core product, that's the amount you
 9   would have paid for each of the FX-8000 series
10   eight-core products; is that true?
11         A    Yes.
12               MR. LOGAN:  Objection, form.
13   BY MR. YAGURA:
14         Q    Do you have any idea how much the
15   price difference was in February of 2015?
16         A    For the FX-4000?
17         Q    Yes.
18         A    I know right now they're running about
19   40, 50 bucks for one.  So it had to be about 50,
20   60 bucks back then.
21         Q    Did you actually look at the price of
22   an FX-4000 series core back in February of 2015?
23               MR. LOGAN:  Objection to form.
24               THE WITNESS:  The four-core?
25   BY MR. YAGURA:
```



1             (Reporter seeks clarification.)
2             THE WITNESS:  My motherboard.
3             VIDEOGRAPHER:  Mr. Jacobs, can you
4     raise your mic up?
5             MR. LOGAN:  Logan.
6  BY MR. YAGURA:
7     Q    You noticed that in the -- is it fair
8  to say that in the AMD marketing materials that
9  you read at the time you purchased your FX-8350,
10 the only dispute you have with the marketing
11 materials is AMD's representation that it was an
12 eight-core processor?
13            MR. LOGAN:  Objection, form.  You can
14    answer.
15            THE WITNESS:  I'm sorry, what was that
16    question again?
17 BY MR. YAGURA:
18    Q    When you purchased your AMD FX-8350
19 processor and looked at all of the AMDs and
20 retailer marketing material, is the only
21 statement that you thought was misleading in any
22 way the representation that it was an eight-core
23 processor?
24            MR. LOGAN:  Same objection.
25            THE WITNESS:  Yes.

