MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
E. CLAY MARQUEZ (S.B. #268424)
cmarquez@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant*
ADVANCED MICRO DEVICES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| TONY DICKEY, and PAUL PARMER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:15-cv-04922 HSG<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION AND ORDER TO ENLARGE ALL PRE-TRIAL AND TRIAL DEADLINES PENDING SUBMISSION OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | **JOINT STIPULATION TO ENLARGE ALL PRE-TRIAL AND TRIAL DEADLINES** |
| 2 | Pursuant to Rules 6-1, 6-2, 7-12, and 40-1 of the Civil Local Rules of the United States |
| 3 | District Court for the Northern District of California, Plaintiffs Tony Dickey and Paul Parmer |
| 4 | (collectively, "Plaintiffs") and Defendant Advanced Micro Devices, Inc. ("AMD") hereby file |
| 5 | this Joint Stipulation to Enlarge All Pre-Trial and Trial Deadlines in this consumer class action |
| 6 | case by approximately sixty (60) days. This filing is made with respect to the following facts and |
| 7 | recitals: |
| 8 | WHEREAS, the parties participated in a mediation session before the Honorable James F. |
| 9 | Holderman (Ret.) of JAMS in May 2019, and as a result, have reached an agreement in principle |
| 10 | to settle this case on a class-wide basis, subject to the Court's preliminary and final approval of |
| 11 | the terms of settlement; |
| 12 | WHEREAS, Plaintiffs anticipate needing approximately 30 days to prepare and file a |
| 13 | motion for preliminary approval of class settlement; |
| 14 | WHEREAS, the current pre-trial and trial deadlines are as follows: |

| Event | Court Deadline |
|---|---|
| Close of Fact Discovery | July 3, 2019 |
| Exchange Opening Expert Reports | July 26, 2019 |
| Exchange Rebuttal Expert Reports | September 13, 2019 |
| Close of Expert Discovery | October 4, 2019 |
| Last Day to File Dispositive and/or Daubert Motions | November 1, 2019 |
| Oppositions to Dispositive and Daubert Motions | December 20, 2019 |
| Replies to Dispositive and Daubert Motions | January 17, 2019 |
| Dispositive Motion Hearing Deadline | February 6, 2020 at 2:00 p.m. |
| Last Day for Parties to Meet and Confer | April 24, 2020 |
| Exchange Exhibits | May 15, 2020 |
| Motions in Limine Deadline | May 29, 2020 |
| Oppositions to Motions in Limine Deadline | June 5, 2020 |
| Pretrial Conference Statement Deadline | June 5, 2020 |
| Pretrial Conference | June 23, 2020 at 3:00 p.m. |
| Form Exhibit and Witness Lists Deadline | July 2, 2020 |
| 8-Day Jury Trial | July 13, 2020, at 8:30 a.m. |

WHEREAS, the parties have conferred and agreed, subject to the Court's approval, to enlarge all current pre-trial and trial deadlines by 60 days to allow for the preparation of a formal settlement agreement and papers in support of Plaintiffs' anticipated motion for preliminary

1  approval of class settlement;

2  WHEREAS, the parties anticipate requesting the Court to issue a formal stay vacating all pre-trial and trial deadlines in connection with the submission of Plaintiffs' anticipated motion for preliminary approval, pending final approval of settlement;

WHEREAS, enlarging all current pre-trial and trial deadlines would avoid potentially unnecessary expenses and fees while the parties finalize their settlement and prepare a motion for preliminary approval and notice class-wide settlement;

NOW, THEREFORE, by and through the undersigned counsel, the parties stipulate and agree, subject to the Court's approval, that all current pre-trial and trial deadlines are enlarged by approximately 60 days, as follows:

| Event | NEW Court Deadline |
|---|---|
| Close of Fact Discovery | September 3, 2019 |
| Exchange Opening Expert Reports | September 24, 2019 |
| Exchange Rebuttal Expert Reports | November 12, 2019 |
| Close of Expert Discovery | December 3, 2019 |
| Last Day to File Dispositive and/or Daubert Motions | January 2, 2020 |
| Oppositions to Dispositive and Daubert Motions | February 18, 2020 |
| Replies to Dispositive and Daubert Motions | March 17, 2020 |
| Dispositive Motion Hearing Deadline | April 6, 2020 at 2:00 p.m. |
| Last Day for Parties to Meet and Confer | June 23, 2020 |
| Exchange Exhibits | July 14, 2020 |
| Motions in Limine Deadline | July 28, 2020 |
| Oppositions to Motions in Limine Deadline | August 4, 2020 |
| Pretrial Conference Statement Deadline | August 4, 2020 |
| Pretrial Conference | August 24, 2020 at 3:00 p.m. |
| Form Exhibit and Witness Lists Deadline | August 31, 2020 |
| 8-Day Jury Trial | September 11, 2020 at 8:30 a.m. |

IT IS SO STIPULATED.

*[Signature page to follow]*

JOINT STIP. AND [PROPOSED] ORDER TO
ENLARGE PRE-TRIAL/TRIAL DEADLINES
CASE NO. 4:15-CV-04922 HSG

Dated: May 31, 2019  O'MELVENY & MYERS LLP

By:  /s/ *E. Clay Marquez*
        E. Clay Marquez

Matt D. Powers
mpowers@omm.com
E. Clay Marquez
cmarquez@omm.com

*Attorneys for Defendant*
ADVANCED MICRO DEVICES, INC.

Dated: May 31, 2019  EDELSON PC

By: */s/ Todd Logan*
        Todd Logan

Rafey S. Balabanian
rbalabanian@edelson.com
Todd Logan
tlogan@edelson.com

*Attorneys for Plaintiffs and the Class*

# ATTESTATION OF FILING

Pursuant to Local Civil Rule 5.1(i)(3) regarding signatures, I, E. Clay Marquez, hereby attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order to Enlarge All Pre-Trial and Trial Deadlines Pending Submission of Motion for Preliminary Approval of Settlement has been duly obtained from Todd Logan, counsel for Plaintiffs in the above-captioned case.

Dated: May 31, 2019

O'MELVENY & MYERS LLP

By: /s/ *E. Clay Marquez*
E. Clay Marquez

*Attorneys for Defendant*
ADVANCED MICRO DEVICES, INC.

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: June 3, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge