| | |
|---|---|
| Rafey S. Balabanian (SBN - 315962)<br>rbalabanian@edelson.com<br>Todd Logan (SBN - 305912)<br>tologan@edelson.com<br>Aaron Lawson (SBN - 319306)<br>alawson@edelson.com<br>EDELSON PC<br>123 Townsend Street<br>San Francisco, California 94107<br>Tel: 415.212.9300<br>Fax: 415.373.9435<br><br>*Attorneys for Plaintiffs and the Class* | MATTHEW D. POWERS (S.B. #212682)<br>mpowers@omm.com<br>E. CLAY MARQUEZ (S.B. #268424)<br>cmarquez@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA  94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>*Attorneys for Defendant*<br>ADVANCED MICRO DEVICES, INC. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY DICKEY, and PAUL PARMER, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br>  *v.*<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation,<br><br>    *Defendant.* | **Case No.  4:15-cv-04922-HSG**<br><br>**JOINT STATUS UPDATE REGARDING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>2nd Am. Complaint Filed:   November 21, 2016<br><br>Trial Date: None set |

On May 31, 2019, the Parties to the above-captioned action submitted a Notice of Settlement and Joint Stipulation to Enlarge All Pre-Trial and Trial Deadlines Pending Submission of Motion for Preliminary Approval of Settlement (Dkt. No. 146). On June 3, 2019, the Court granted the Parties' request to enlarge all pre-trial and trial deadlines in this consumer class action by approximately sixty (60) days to allow for the Parties to negotiate the terms of a final settlement agreement and for Plaintiffs to prepare and file a motion for preliminary approval of settlement (Dkt. No. 147). On July 16, 2019, the Court entered an order directing the Parties to provide the Court with a joint status update explaining when the parties anticipate filing the motion or preliminary approval of settlement, as contemplated by the Parties notice and joint stipulation (Dkt. No. 150). In response to the Court's July 16 Order, the Parties hereby provide the following joint status update:

Following the Court's granting of the Parties' Joint Stipulation on June 3, 2019, the Parties have worked cooperatively and diligently to finalize the terms of a formal settlement agreement. Counsel for Plaintiffs prepared an initial draft of a settlement agreement and supporting documents (*e.g.*, short-form and long form notice, draft settlement website content, etc.). Defendant has provided proposed revisions to each of those documents, which counsel for Plaintiffs are continuing to review and edit. The parties will continue to finalize the proposed settlement as expeditiously as possible, and jointly represent to the Court that there appear to be no remaining major impasses.

In addition, Plaintiffs have issued third party discovery (via subpoenas) to ten different vendors of the at-issue products, seeking customer contact information that will enable to the Parties to efficiently and effectively provide notice of settlement to class members. Plaintiffs are in various stages of obtaining information from those third parties: **two** have already produced the subpoenaed information in full; **six** have agreed to produce the requested information by the last day in July; but the final **two** have not yet agreed to produce documents.

Additionally, Plaintiffs have solicited bids from four different claims administrators, and are continuing to evaluate those bids with an eye towards administering the Parties' proposed settlement in the most fair, reasonable, and adequate manner possible.

At this time, the Parties do not anticipate any substantial issues or further delays in executing a final settlement agreement. The Parties anticipate that a final settlement agreement will be

executed and that Plaintiffs will be able to prepare and file their anticipated Motion for Preliminary Approval of Settlement on or before August 9, 2019.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  July 19, 2019 | O'MELVENY & MYERS LLP |
|  | By:  /s/ *E. Clay Marquez*<br>E. Clay Marquez<br>cmarquez@omm.com<br>O'MELVENY & MYERS LLP |
|  | Attorneys for Defendant<br>ADVANCED MICRO DEVICES, INC. |
| Dated:  July 19, 2019 | EDELSON PC |
|  | By: /s/ *Todd Logan*<br>Todd Logan<br>tlogan@edelson.com |
|  | Attorneys for Plaintiffs and the Class |

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I hereby attest that concurrence has been obtained in the filing of this document from each of the other signatories shown above.

Dated:  July 19, 2019

By: /s/ *E. Clay Marquez*