| | |
|---|---|
| Rafey S. Balabanian (SBN – 315962)<br>rbalabanian@edelson.com<br>Todd Logan (SBN – 305912)<br>tlogan@edelson.com<br>EDELSON PC<br>123 Townsend Street, Suite 100<br>San Francisco, California 94107<br>Tel: 415.212.9300<br>Fax: 415.373.9495 | MATTHEW D. POWERS (S.B. #212682)<br>mpowers@omm.com<br>E. CLAY MARQUEZ (S.B. #268424)<br>cmarquez@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 |
| *Attorneys for Plaintiffs and the Class* | *Attorneys for Defendant*<br>ADVANCED MICRO DEVICES, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TONY DICKEY, and PAUL PARMER, individually and on behalf of all others similarly situated,<br><br>           *Plaintiffs*,<br><br>   v.<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation,<br><br>           *Defendant*. | Case No. 4:15-cv-04922-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES FOR CLASS ACTION SETTLEMENT APPROVAL PROCESS** |

1   Plaintiffs and Defendant Advanced Micro Devices, Inc. ("AMD") appeared before this
2 Court on October 3, 2019 for a hearing on Plaintiffs' Motion for Preliminary Approval of Class
3 Action Settlement.  The Court entered an Order Granting Preliminary Approval of Class Action
4 Settlement ("Order") on October 4, 2019.  The Order directed the parties to meet and confer and
5 stipulate to a schedule of dates for each event listed therein, and to submit that stipulation within
6 seven days of the date the Order issued.
7   The parties now respectfully submit the following stipulated deadlines:

| Event | Date |
|---|---|
| Deadline for Settlement Administrator to mail and/or email direct notice to all putative class members with known addresses | October 25, 2019 |
| Filing Deadline for attorneys' fees and costs motion | November 15, 2019 |
| Filing deadline for incentive payment motion | November 15, 2019 |
| Deadline for class members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | December 9, 2019 |
| Filing deadline for final approval motion | February 7, 2020 |
| Final fairness hearing and hearing on motions (unless a valid objection has been received, in which case the Court may set a different date) | February 20, 2020, at 2:00 p.m. |

IT IS SO STIPULATED.

Dated:  October 11, 2019          EDELSON PC

By: /s/ *Todd Logan*
Rafey S. Balabanian (SBN – 315962)
rbalabanian@edelson.com
Todd Logan (SBN – 305912)
tlogan@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Attorneys for Plaintiffs and the Class

STIPULATION AND
[PROPOSED] ORDER
Case No. 4:15-cv-04922-HSG

Dated: October 11, 2019

O'MELVENY & MYERS LLP

By: /s/ *E. Clay Marquez*
MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
E. CLAY MARQUEZ (S.B. #268424)
cmarquez@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
ADVANCED MICRO DEVICES, INC.

### **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I hereby attest that concurrence has been obtained in the filing of this document from each of the other signatories shown above.

Dated: October 11, 2019

By: /s/ *Todd Logan*

2

STIPULATION AND
[PROPOSED] ORDER
Case No. 4:15-cv-04922-HSG

**[Proposed] Order**

Pursuant to the Parties' Stipulation, the proposed deadlines are hereby set.

**IT IS SO ORDERED.**

Dated: October __, 2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge