| | |
|---|---|
| Rafey S. Balabanian (SBN – 315962) | MATTHEW D. POWERS (S.B. #212682) |
| rbalabanian@edelson.com | mpowers@omm.com |
| Todd Logan (SBN – 305912) | E. CLAY MARQUEZ (S.B. #268424) |
| tlogan@edelson.com | cmarquez@omm.com |
| EDELSON PC | O'MELVENY & MYERS LLP |
| 123 Townsend Street, Suite 100 | Two Embarcadero Center, 28th Floor |
| San Francisco, California 94107 | San Francisco, CA 94111-3823 |
| Tel: 415.212.9300 | Telephone: (415) 984-8700 |
| Fax: 415.373.9495 | Facsimile: (415) 984-8701 |
| *Attorneys for Plaintiffs and the Class* | *Attorneys for Defendant* ADVANCED MICRO DEVICES, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TONY DICKEY, and PAUL PARMER, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation,<br><br>    *Defendant*. | Case No. 4:15-cv-04922-HSG<br><br>**STIPULATION AND ORDER SETTING DEADLINES FOR CLASS ACTION SETTLEMENT APPROVAL PROCESS** |

Plaintiffs and Defendant Advanced Micro Devices, Inc. ("AMD") appeared before this Court on October 3, 2019 for a hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. The Court entered an Order Granting Preliminary Approval of Class Action Settlement ("Order") on October 4, 2019. The Order directed the parties to meet and confer and stipulate to a schedule of dates for each event listed therein, and to submit that stipulation within seven days of the date the Order issued.

The parties now respectfully submit the following stipulated deadlines:

| Event | Date |
|---|---|
| Deadline for Settlement Administrator to mail and/or email direct notice to all putative class members with known addresses | October 25, 2019 |
| Filing Deadline for attorneys' fees and costs motion | November 15, 2019 |
| Filing deadline for incentive payment motion | November 15, 2019 |
| Deadline for class members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | December 9, 2019 |
| Filing deadline for final approval motion | February 7, 2020 |
| Final fairness hearing and hearing on motions (unless a valid objection has been received, in which case the Court may set a different date) | February 20, 2020, at 2:00 p.m. |

IT IS SO STIPULATED.

Dated: October 11, 2019          EDELSON PC

By: /s/ *Todd Logan*
Rafey S. Balabanian (SBN – 315962)
rbalabanian@edelson.com
Todd Logan (SBN – 305912)
tlogan@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Attorneys for Plaintiffs and the Class

| | |
|---|---|
| Dated: October 11, 2019 | O'MELVENY & MYERS LLP<br><br>By: /s/ *E. Clay Marquez*<br>MATTHEW D. POWERS (S.B. #212682)<br>mpowers@omm.com<br>E. CLAY MARQUEZ (S.B. #268424)<br>cmarquez@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>Attorneys for Defendant<br>ADVANCED MICRO DEVICES, INC. |

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I hereby attest that concurrence has been obtained in the filing of this document from each of the other signatories shown above.

Dated: October 11, 2019

By: /s/ *Todd Logan*

### Order

Pursuant to the Parties' Stipulation, the proposed deadlines are hereby set.

**IT IS SO ORDERED.**

Dated: October 15, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge