Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
EDELSON PC
123 Townsend Street,
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiffs and the Class*

Matthew D. Powers (S.B. #212682)
mpowers@omm.com
E. Clay Marquez (S.B. #268424)
cmarquez@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant*
ADVANCED MICRO DEVICES, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| TONY DICKEY AND PAUL PARMER, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br> v.<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation,<br><br>   *Defendant*. | Case No. 4:15-cv-04922-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS MEMBERS WHO PURCHASED FROM AMAZON.COM**<br><br>Hon. Haywood S. Gilliam, Jr. |

As discussed in colloquy with the Court during the October 3, 2019 hearing, Amazon, citing customer privacy concerns, has refused to provide relevant customer contact information to the Court-approved settlement administrator in this case, Angeion Group.

Rather than burden the Class and the judiciary with a subpoena enforcement fight in another District Court, the Parties and Amazon have jointly agreed, subject to Court approval, to an alternative notice protocol for Class members who purchased their at-issue AMD product via Amazon.com. The parties note that this protocol is intended to be substantively identical to the protocol approved by the Court, and successfully implemented, in *In Re: Lenovo Adware Litigation*, No. 4:15-md-02624-HSG, Dkt. 248-2 (N.D. Cal. Feb. 14, 2019).

The Parties propose—and represent to the Court that Amazon has agreed to implement—a protocol wherein Amazon will send an email containing the following text to its previously-identified list of customers that are potential Class members:

> **SUBJECT: Notice Regarding Class Action Settlement**
>
> Amazon is emailing you because our records indicate that you may have purchased an Advanced Micro Devices ("AMD") FX-8120, FX-8150, FX-8320, FX-8350, FX-8370, FX-9370 and/or FX-9590 CPU between 2013 and 2019. If so, you may be eligible to receive money from a class action settlement. If you are a member of the Class and you wish to receive money from this settlement, you must file a valid claim by January 3, 2020.
>
> In *Dickey v. Advanced Micro Devices, Inc.*, a federal court in California preliminarily approved the settlement of a class action lawsuit brought against AMD regarding the AMD CPUs identified above. The Court did not decide in favor of Plaintiffs or Defendants, but both sides have agreed to a settlement.
>
> Amazon is sending this email on behalf of the parties to the lawsuit, and as required by the Court. But because we are not involved in the lawsuit, we cannot assist you directly. To obtain a copy of the Settlement Agreement, view the full notice approved by the Court, and file a claim, please go to www.amdcpusettlement.com or call the Settlement Administrator at 1-855-414-4964. You must submit a valid claim to receive a cash payment.
>
> If you have any questions about the settlement, please contact Plaintiffs' attorney Todd Logan. Telephone: 415.638.9660; Email: tlogan@edelson.com. Please do not respond to this email directly.

If any of these emails are undeliverable (*i.e.*, they "bounce back"), Amazon will forward the Class member's contact information to Angeion, who will enroll the Class member in the standard notice program Angeion is otherwise administering.

The Parties believe that the above-described protocol is both in the best interest of the Class and also preserves the resources of the federal judiciary. Consequently, the Parties respectfully request that the Court enter the [Proposed] Order attached hereto.

**[PROPOSED] ORDER**

The Court **ORDERS** the Parties to request that Amazon comply with the protocol described in the Parties' stipulation. The Court furthermore **ORDERS** the Parties to advise the Court if Amazon does not implement the protocol described in the Parties' stipulation

**IT IS SO ORDERED.**

DATED: 11/6/2019

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge