Rafey S. Balabanian (SBN – 315962)
rbalabanian@edelson.com
Todd Logan (SBN – 305912)
tlogan@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495
*Attorneys for Plaintiffs and the Class*

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
E. CLAY MARQUEZ (S.B. #268424)
cmarquez@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant
ADVANCED MICRO DEVICES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| TONY DICKEY and PAUL PARMER, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 4:15-cv-04922-HSG<br><br>**JOINT STIPULATION REQUESTING CLARIFICATION AND [PROPOSED] ORDER** |

## JOINT STIPULATION REQUESTING CLARIFICATION

1. On February 21, 2020, the Court entered an Order granting final approval of the Parties' class action settlement agreement. Dkt. 165.

2. The Parties jointly request clarification of two provisions of the Court's final approval order, which the Parties respectfully believe may have been entered in error. Each provision is in the third numbered paragraph of the Conclusion, on page 16.

3. The first provision pertains to payment to the Labor Workforce Development Agency ("LWDA") under the PAGA. No PAGA claims were alleged or resolved through this litigation. The Parties consequently believe that no payment should be due to the LWDA, and request clarification from the Court on the issue.

3. The second provision pertains to the settlement administrator's costs. Angeion Group, the court-appointed settlement administrator, estimated that the total cost of administration will be approximately $658,031.57, and requested that the Court approve an additional set-aside $10,000 from the Net Settlement fund to cover any unexpected administration expenses and class member disputes regarding the final determination of their claim. Dkt. 162-¶¶ 26-27. If Angeion's request is approved in full, a payment of $668,031.57 would be owed to Angeion. By contrast, the final approval order provides for a $10,000 payment to Angeion. *See* Dkt. 165 at 16. Given the remainder of the Court's analysis as to Angeion's performance, that Angeion provided direct notice to more than 400,000 unique mailing addresses and nearly 400,000 email addresses, and that Angeion will be issuing checks to more than 120,000 unique class members, the Parties respectfully request clarification as to the payment owed to Angeion.[1]

4. A [Proposed] Order, proposing superseding amendments to the above-identified provision of the Court's final approval order, is attached hereto.

---

[1] Neither party hereby takes any position as to amount of costs Angeion should be awarded.

## [PROPOSED] ORDER

Pending before the Court is the Parties' Stipulation Requesting Clarification ("Stipulation"), Dkt. No. 166. Having read and considered the Stipulation, and finding good cause, the Court finds and orders that the Final Approval Order at Dkt. 165 is amended and superseded, in part, as follows:

1. No portion of the Settlement Fund shall be paid to the Labor Workforce Development Agency.

2. Angeion Group is awarded administrative costs and expenses in the total amount of $668,031.57.

3. The parties are directed to file a stipulated final judgment within 5 days from the date of this Order.

**IT IS SO ORDERED.**

DATED: _____

**HON. JUDGE HAYWOOD S. GILLIAM, JR.**
UNITED STATES DISTRICT JUDGE

Submitted by: /s/ Todd Logan

| | |
|---|---|
| Dated: February 26, 2020 | E. CLAY MARQUEZ<br>O'MELVENY & MYERS LLP |
| | By: /s/ *E. Clay Marquez*<br>E. Clay Marquez |
| | Attorneys for Defendant<br>ADVANCED MICRO DEVICES, INC. |
| Dated: February 26, 2020 | TODD LOGAN<br>EDELSON PC |
| | By: /s/ *Todd Logan*<br>Todd Logan |
| | Attorneys for Plaintiffs and the Class |

## **ATTESTATION OF FILING**

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Todd Logan, hereby attest that concurrence in the filing of this Stipulation Requesting Clarification and [Proposed] Order has been obtained from E. Clay Marquez with conformed signatures above.

Dated: February 26, 2020            By: /s/ *Todd Logan*
                                                     Todd Logan