UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY DICKEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-04922-HSG<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING CLARIFICATION**<br><br>Re: Dkt. No. 166 |

Pending before the Court is the Parties' Joint Stipulation Requesting Clarification. Dkt. No. 166. Having read and considered the Stipulation, and finding good cause, the Court finds and orders that the Final Approval Order (Dkt. No. 165) is amended and superseded, in part, as follows:

1. No portion of the Settlement Fund shall be paid to the Labor Workforce Development Agency.
2. Angeion Group, LLC is awarded administrative costs and expenses in the total amount of $668,031.57 to be paid from the Settlement Fund.
3. The parties are directed to file a stipulated final judgment within 5 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: 2/27/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge